IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02035-RPM

REGENTS OF THE UNIVERSITY OF COLORADO,

    Plaintiff,

v.

AMGEN INC.,

    Defendant.

_____

## ORDER DENYING PARTIAL MOTION TO DISMISS
_____

    Upon review of the First Amended Complaint, filed February 3, 2016, [Doc. 16-1], it is

    ORDERED that the defendant's motion for partial dismissal, filed January 13, 2016, [ Doc. 15] is denied.

    DATED:   February 16th, 2016

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior Judge